# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
| V. PLAINTIFF | |
| DEFENDANT | **WAIVER OF INDICTMENT** |

I, _____ , the above-named defendant, who is accused of _____ , in violation of _____ , being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on _____ , prosecution by indictment and consent that the proceedings may be by information rather than by indictment.

| 11-24-2020 | [signature] |
|---|---|
| *Date* | *Defendant* |

| 11-24-2020 | /s/ Jelani J. Lindsey |
|---|---|
| *Date* | *Counsel for Defendant* |

| _____ | Before: _____ |
|---|---|
| *Date* | *Judicial Officer* |

If the defendant does not speak English, complete the following:

I, _____ , am fluent in written and spoken English and _____ languages. I accurately translated this Waiver of Indictment from English to _____ for defendant _____ on this date.

| _____ | _____ |
|---|---|
| *Date* | *Interpreter* |

CR-57 (06/14)                **WAIVER OF INDICTMENT**